# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$40,000 IN U.S. CURRENCY,<br><br>Defendant. | Case No. 21-cv-1632 (SRN/DTS)<br><br>**DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE** |

Craig R Baune, United States Attorney's Office, 300 S. 4th St., Suite 600, Minneapolis, MN 55415, for Plaintiff.

SUSAN RICHARD NELSON, United States District Judge

Based on the United States' motion for an order: (1) granting default judgment against Demetrius Jermaine Durant and all unknown persons and entities who have failed to file claim to the defendant currency and answer to the Complaint for Forfeiture *In Rem*; and (2) for a Final Order of Forfeiture as to the defendant currency; and based on all the files and records in this action, the Court finds as follows:

1. The United States filed a Verified Complaint for Forfeiture *In Rem* on July 15, 2021, alleging that the defendant currency is subject to forfeiture pursuant to 21 U.S.C. 881(a)(6),

2. The Clerk of Court issued a Warrant of Arrest and Notice *In Rem* on July 16, 2021 directing the U.S. Marshals Service to arrest the defendant currency and to serve all persons and entities with a potential interest in the defendant currency with a copy of the

Complaint for Forfeiture *In Rem* and the Warrant of Arrest and Notice *In Rem*. The Warrant was returned executed on July 21, 2021.

3. Pursuant to Rule G(4)(a)(iv)(C), the U.S. Attorney's Office posted a notice of forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on July 20, 2021,

4. The United States sent the Notice of Judicial Forfeiture Proceedings, the Complaint for Forfeiture *In Rem*, and the Warrant of Arrest and Notice *In Rem*, by Certified Mail and First Class Mail to Demetrius Jermaine Durant on July 21, 2021. Service was perfected as provided in Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and

5. No claim or answer has been filed, and the time for filing a claim and answer has expired under Rule G(5), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The United States' motion for a default judgment and final order of forfeiture [ECF No. 6] is GRANTED,

2. Default judgment is entered against Demetrius Jermaine Durant and all unknown persons and entities having an interest in the defendant currency for failure to file a claim to the defendant currency and an answer to the Verified Complaint for Forfeiture *In Rem* as required by 18 U.S.C. § 983(a)(4)(A) and (B), and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and

3. The defendant currency is forfeited to the United States pursuant to 21 U.S.C. 881(a)(6) for disposition in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 27, 2022   s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge